| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Scott Kosner<br>Law Office of Tyson Takeuchi<br>1055 Wilshire Blvd<br>Suite 850<br>Los Angeles, CA 90017<br>213-637-1566<br>Fax : 888-977-6310<br>Email: tyson@tysonfirm.com | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Marjorie Palumpon Arevalo<br><br><br><br><br>Debtor(s). | CASE NO.:  2:18-bk-14159-VZ<br>CHAPTER: 13 |
|---|---|
| | **NOTICE OF MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS** |
| | [No hearing required unless requested under LBR 3015-1(w)] |

1. NOTICE IS GIVEN that the Debtor in the above-captioned case will move this court for an order granting the relief sought in the attached motion.  The motion is based upon the grounds set forth in the motion.  The motion is made pursuant to LBR 3015-1(n) and (w), which provide that this motion may be granted without a hearing.

2. **Deadline for Opposition Papers and Request for a Hearing:** Any party objecting to the attached motion must file with the court and serve on the Debtor and the chapter 13 trustee a written objection and request for a hearing on the motion.  If you fail to file a written objection within 21 days of the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F), the court may treat such failure as a waiver of your right to oppose the motion and may grant the motion.

Date:  5/6/2020

*Scott Kosner*

Signature of Debtor or attorney for Debtor

Scott Kosner, Attorney for Debtor

Printed name of Debtor or attorney for Debtor

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 1055 Wilshire Blvd Suite 850 Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  05/06/2020   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/06/2020 | Armen Galstian | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 2                    **F 3015-1.05.NOTICE.MODIFY.SUSPEND**

Label Matrix for local noticing
0973-2
Case 2:18-bk-14159-VZ
Central District of California
Los Angeles
Fri Jun 26 15:39:46 PDT 2020

U.S. Bank National Association as trustee
Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Rushmore Loan Management Services
PO Box 55004
Irvine, CA 92619-5004

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Trustee Corps
17100 Gillette Avenue
Irvine, CA 92614-5603

U.S. Bank National Association
CO Rushmore Loan Management Services
P.O. Box 55004
Irvine CA 92619-5004

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Marjorie Palumpon Arevalo
338 West 235th Street
Carson, CA 90745-5113

Nancy K Curry (TR)
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017-2466

Scott Kosner
Law Office of Tyson Takeuchi
1055 Wilshire Blvd
Suite 850
Los Angeles, CA 90017-2467

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
c/o Capital One Bank, N.A.
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix
Mailable recipients    11
Bypassed recipients     1
Total                  12

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Scott Kosner, (SBN 172379)<br>Tyson M. Takeuchi (SBN 177419)<br>Law Offices of Tyson M. Takeuchi<br>1100 Wilshire Blvd., Ste. 2606<br>Los Angeles, CA 90017<br>Tel: (213) 637-1566<br>Fax: (888) 977-6310<br>Email: tyson@tysonfirm.com | |

☐ Individual appearing without attorney
☒ Attorney for: Majorie Palumpon Arevalo

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>MARJORIE PALUMPON AREVALO, | CASE NO.: 2:18-bk-14159-VZ<br>CHAPTER 13 |
|---|---|
| | **MOTION UNDER LBR 3015-1(n) AND (w)<br>TO MODIFY PLAN OR<br>SUSPEND PLAN PAYMENTS** |
| Debtor(s). | [No Hearing Required] |

1. The Debtor hereby moves this court to modify the confirmed Chapter 13 Plan or suspend plan payments, as set forth in detail below.

2. The purpose of this motion is to *(check all that apply)*:
   ☒ Cure the delinquency.
   ☐ Address the expiration of the plan.
   ☐ Cure the infeasibility of the plan.
   ☒ Modify the amount of the plan payment, the length of the plan and/or the percentage to be paid to unsecured creditors because of a change in financial circumstances.

3. Terms of original confirmed Chapter 13 Plan:
   The Order Confirming Plan was entered on _7/22/2019_.
   Plan payment amount(s): $_1598.25_ per month.
   Length of plan: _60_ months.
   Percentage paid to Class 5 general unsecured creditors: _100_%.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.  There have been _0___ previous modification or suspension orders.
    Plan payments have been suspended for _6___ months and/or the plan has been extended for _3___ months.

5.  Current plan terms *(complete this section if the confirmed chapter 13 plan has been subject to a previous modification or suspension order)*:
    Plan payment amount(s):$ _1598.25_____ per month.
    Length of plan: _60___ months.
    Percentage paid to Class 5 general unsecured creditors: _100__ %.

6.  Proposed modification:
    ☒ Suspend *(indicate number of plan payments)* _6___ plan payments.
    ☒ Extend the term by *(indicate number of months)* _3___ month(s).
    ☐ Reduce the term by *(indicate number of months)* _____ month(s).
    ☒ Increase the plan payment from $ _1598.25____ to $ _1698_____
    from (date) _6/13/2020_____ to (date) _7/13/2020____.

    ☐ Reduce the plan payment from $_____ to $_____
    from (date) _____ to (date) _____.

7.  Since the Order Confirming Plan or the last modification or suspension order was entered, the debtor's circumstances have changed in the following respect:
    Due to Covid19 pandemic, Debtor's work hours have been cut in half from 40 hours per week to approximately 16 hours per week. Her husband was laid off due the pandemic and is presently receiving $125 +$600 Covid 19 payment per week unemployment. Debtor also has room-renters.

    Debtor request a suspension of her plan payments for a six (6) month period and the extension of her plan by three (3) months to 63 months total length.

    ***File and serve amended schedules I and J (if appropriate) and supporting documentation concerning the basis for this motion including, but not limited to, proof of income.***

8.  If this motion is granted, the last plan payment due would be payable _63___ months after the first plan payment was due.

9.  If this motion is granted:

    a.  ☒ There will be no change in the percentage paid to Class 5 general unsecured creditors,

        OR

    b.  ☐ The percentage paid to Class 5 general unsecured creditors will change from _____% to _____%.

Date: _5/06/2020_____              _SCOTT KOSNER_____
                                            Attorney for Debtor

I declare under penalty of perjury that the following is true and correct.

Date: _5/06/2020_____              X _Marjorie_____
                                            Debtor

Date: _____                   _____
                                            Joint Debtor

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2        **F 3015-1.05.MOTION.MODIFY.SUSPEND**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1055 Wilshire Boulevard, Suite 850, Los Angeles, California 90017.

A true and correct copy of the foregoing document entitled: **MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/06/2020_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Nancy K. Curry (TR):TrusteeECFMAIL@gmail.com
United States Trustee (LA): ustpregion16.la.ecfusdoj.gov
Scott Kosner (Debtor's Atty): Tyson@tysonfirm.com
Jenelle Arnold (Cr: U.S. Bank NA): jarnold@aldridgepite.com
Joseph Delmotte (Cr: U.S. Bank NA): jdelmotte@aldridgepite.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 5/06/2020_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 5/06/2020_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Honorable Vincent P. Zurzolo, United States Bankruptcy Court, 255 E. Temple St., Ste. 1360, Los Angeles, CA 90012.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/06/2020 | Armen Galstian | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## DECLARATION OF MARJORIE PALUMPON AREVALO

I, MARJORIE P. AREVALO, declare:

1.  I am the debtor in this Chapter 13 case.  I am over the age of eighteen years and as a witness, I could and would testify competently to all statements of fact made herein. I have personal knowledge of the facts set forth herein, and based on that personal knowledge I assert that all facts are true and correct to the very best of my knowledge. To the extent I base my testimony upon information and belief, or upon admissible evidence other than my personal knowledge, I will specifically so state.

2. On April 13, 2018 I filed the instant chapter 13 bankruptcy case. Said case was assigned case number 2:18-bk-14159-VZ. My plan was confirmed by the court on July 22, 2019.

3. My family's income has been decreased due to the Covid 19 pandemic.

4. I am a caretake for adults and my hours were recently decreased from 40 hours per week to about 16 hours per week.

5. My husband is also a caretaker and he was laid off from his employment on the last week of January, 2020.

6. Our income has presently stabilized.

7. Even though I am only working around 16 hours per week, my husband gets $125 plus the extra $600 Covid19 pandemic unemployment income per week. We also receive CalFresh income of $300 per month and finally have two (2) renters who rent rooms out of my home and pay a total of $1310 per month.

8. Beginning with the plan payment due on June 13, 2020, I am asking the court to increase my payments from $1598.25 to $1698.00 per month and extend the plan a period of three (3) months to a total plan term of 63 months.

9. I have filed income and expense declarations to accompany my motion to modify. Said income and expense declarations show that I can afford the payments necessary to complete the soon to be modified plan.

Based on the foregoing, I respectfully request the Court to either dismiss the TMD or continue it and approve my MOMOD.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed this 6th day of May, 2020 at Carson, California.

X _____
Marjorie P. Arevalo, Declarant

Page 2 of 2

DECLARATION

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Tyson M. Takeuchi (SBN 177419)<br>Law Offices of Tyson M. Takeuchi<br>1100 Wilshire Blvd., Ste. 2606<br>Los Angeles, CA  90017<br>Tel: (213) 637-1566<br>Fax: (888) 977-6310<br>Email: scottk@tysonfirm.com<br><br><br><br>☐  *Individual appearing without attorney*<br>☒  *Attorney for:* Majorie Palumpon Arevalo | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>MARJORIE PALUMPON AREVALO, | CASE NO.: 2:18-bk-14159-VZ<br><br>CHAPTER 13 |
|---|---|
| | **DECLARATION OF CURRENT/POSTPETITION INCOME AND EXPENSES** |
| Debtor(s). | |

Complete this statement by providing the monthly income of the Debtor and the Debtor's spouse **at this time**. The column labeled "Spouse" must be completed in all cases filed by joint Debtors and by every married debtor, whether or not a joint petition was filed, unless the spouses are separated and a joint petition was not filed.  Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | **RELATIONSHIP(S)** | **AGE(S)** |
| Married | Daughter | 15 |
| | Son | 7 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Adult Caretaker | Unemployed Adult Caretaker |
| Name of employer | Mae Morgan Agency | |
| How long employed | 1  1/2 years | Unemployed since 1/23/2020 |
| Address of employer | 550 E. Carson Plaza Drive, Carson, CA 90746 | |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**INCOME:**                                                                    **DEBTOR**      **SPOUSE**

1. Monthly gross wages, salary, and commissions (*prorate if not paid monthly*)    $ 1169.70 _____    $_____

2. Estimate monthly overtime                                                   $_____    $_____

3. **SUBTOTAL**                                                                 $_____    $_____

4. **LESS PAYROLL DEDUCTIONS**

    a. Payroll taxes and social security                   $_____    $_____

    b. Insurance                                           $_____    $_____

    c. Union dues                                          $_____    $_____

    d. Other *(specify)* _____                   $_____    $_____

5. **SUBTOTAL OF PAYROLL DEDUCTIONS**                                           $_____    $_____

6. **TOTAL NET MONTHLY TAKE HOME PAY**                                          $_____    $_____

7. Regular income from operations of business or profession or farm (*attach detailed statement*)    $_____    $_____

8. Income from real property                                                   $_____    $_____

9. Interest and dividends                                                      $_____    $_____

10. Alimony, maintenance or support payments payable to the Debtor for the Debtor's use or that of dependents listed above.    $_____    $_____

11. Social Security or other government assistance (*specify*) CalFresh/Spouses Unemployment (Covid19 $600 extra per week)    $ 300 _____    $ 3117.50 _____

12. Pension or retirement income                                               $_____    $_____

13. Other monthly income (*specify*) Room Rentals                              $ 1310 _____    $_____

14. **SUBTOTAL OF LINES 7 THROUGH 13**                                          $_____    $_____

15. **MONTHLY INCOME:** (*add amounts shown on lines 6 and 14*)                 $_____    $_____

16. **COMBINED MONTHLY INCOME** (*combine column totals from line 15*)              $ 5897.20 _____

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
Debtor expects more than 16 hours of work per week and her husband in looking for full-time employment.

 

**EXPENSES:**

Complete this statement by providing the monthly expenses of the debtor and the debtor's family **at this time**.
Recalculate and state any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if this is a joint case and debtor's spouse maintains a separate household.  Complete a *Declaration of current/Post-Petition Expenses* labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)          $1796.00 _____

    a. Are real estate taxes included?    Yes _X_    No _____
    b. Is property insurance included?    Yes _X_    No _____

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 3015-1.20.DEC.INCOME.EXPENSE**

2.  Utilities:      a.  Electricity and heating fuel                                          $ 180 _____

                    b.  Water and sewer                                                      $ 50 _____

                    c.  Telephone                                                            $ 200 _____

                    d.  Other _____                                               $ _____

3.  Home maintenance (repairs and upkeep)                                                    $ 50 _____

4.  Food                                                                                     $ 600 _____

5.  Clothing                                                                                 $ 50 _____

6.  Laundry and dry cleaning                                                                 $ 50 _____

7.  Medical and dental expenses                                                              $ 150 _____

8.  Transportation (not including car payments)                                              $ _____

9.  Recreation, clubs and entertainment, newspapers, magazines, etc.                         $ 75 _____

10. Charitable contributions                                                                 $ _____

11. Insurance (not deducted from wages or included in home mortgage payments)

                    a.  Homeowner's or renter's                                              $ _____

                    b.  Life                                                                 $ _____

                    c.  Health                                                               $ _____

                    d.  Auto                                                                 $ 100 _____

                    e.  Other _____                                               $ _____

12. Taxes (not deducted from wages or included in home mortgage payments)

    (*specify*) _____                                    $ _____

13. Installment payments: (in chapter 11, 12, and 13 cases, do not list payments to be included in the plan)

                    a.  Auto                                                                  $ _____

                    b.  Other _____                                                $ _____

                    c.  Other _____                                                $ _____

14. Alimony, maintenance, and support paid to others                                         $ _____

15. Payments for support of additional dependents not living at your home                    $ _____

16. Regular expenses from operation of business, profession, or farm (*attach detailed statement*)  $ _____

17. Other _____                                          $ _____


18. MONTHLY EXPENSES (*total lines 1-17*)                                                    | $ 3,226.00 _____ |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 3                    **F 3015-1.20.DEC.INCOME.EXPENSE**

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: _____
_____
_____

20. STATEMENT OF MONTHLY NET INCOME

    a.  Total monthly income from line 16, page 2.         $ 5897.20 _____

    b.  Total monthly expenses from Line 18 above      $ 3226.00 _____

    c.  Monthly net income (a. minus b.)             $ 2671.20 _____

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 5/06/2020 _____

                                          Debtor

Date: _____

                                          Joint Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                        Page 4                  **F 3015-1.20.DEC.INCOME.EXPENSE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1055 Wilshire Boulevard, Suite 850, Los Angeles, California 90017.

A true and correct copy of the foregoing document entitled: **DECLARATION OF CURRENT/POSTPETITION INCOME AND EXPENSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
_5/06/2020____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Nancy K. Curry (TR):TrusteeECFMAIL@gmail.com
United States Trustee (LA): ustpregion16.la.ecfusdoj.gov
Scott Kosner (Debtor's Atty): Tyson@tysonfirm.com
Jenelle Arnold (Cr: U.S. Bank NA): jarnold@aldridgepite.com
Joseph Delmotte (Cr: U.S. Bank NA): jdelmotte@aldridgepite.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _5/06/2020____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

U.S. Bank, NA, c/o Rushmore Loan Svcing:
Portfolio Recovery Assoc:
Synchrony Bank:

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _5/06/2020____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent P. Zurzolo, United States Bankruptcy Court, 255 E. Temple St., Ste. 1360, Los Angeles, CA 90012.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/06/2020 | Armen Galstian | |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# EXHIBIT A



**MAXMORGAN**
*Quality and Personalised Service*

550 E. Carson Plaza Dr. Ste. #109 , Carson CA. 90746

Fax: (310) 217-9407    Email : brendan@maxmorgan.com
TEL #: (310)- 217-9000

## Independent Contractor's Invoice

Client's Time sheet

Your Name: Marjorie Arevalo    Telephone #: (424) 364 - 4190

Your Address: 338 W. 235 Th. St. Carson, CA. 90745

Far services provided to:

Client's name: Maricruz Stark    Telephone #: (424) 632 - 4172

Client's Address: 4261 W. 149 Th. St. Lawndale, CA 90260

For the week ending: 4/19/2020

| Date | Service Provided | Time In | Time Out | Days or hours worked | Cost per Hour or day | Extension |
|---|---|---|---|---|---|---|
| Monday | ☐ live-In ☐ live-out | ☐ AM ☐ PM | ☐ AM ☐ PM | | | |
| 4/14/20 Tuesday | ☐ live-in ☑ live-out | 10:00 ☑ AM ☐ PM | 2:00 ☐ AM ☑ PM | 4 Hrs. | $17/Hr. | |
| 4/15/20 Wednesday | ☐ live-In ☑ live-out | 9:00 ☑ AM ☐ PM | 3:00 ☐ AM ☑ PM | 6 Hrs. | $17/Hr. | |
| Thursday | ☐ live-in ☐ live-out | ☐ AM ☐ PM | ☐ AM ☐ PM | | | |
| 4/17/20 Friday | ☐ live-in ☑ live-out | 9:00 ☑ AM ☐ PM | 3:00 ☐ AM ☑ PM | 6 Hrs. | $17/Hr. | |
| Saturday | ☐ live-in ☐ live-out | ☐ AM ☐ PM | ☐ AM ☐ PM | | | |
| Sunday | ☐ live-in ☐ live-out | ☐ AM ☐ PM | ☐ AM ☐ PM | | | |

Above days or hours are Approved by:

4/14/2020 ✓
4/15/2020 ✓
4/17/2020

By signing below you certify above information is correct:

*Cathryn Stark*
Client's Signature
Cathryn Stark
Dated

*Marjorie*
Personal attendant

Both client and companion/Personal Attendant IC understand that neither can enter into a direct hire agreement without the consent of the company. Such consent will not be withheld once the client & personal Attendant pays the company's fee of $10,000 each. CLIENT : Please read the company's service agreement already mailed to you for further details.



**MAR MORGAN**
*Quality and Personalized Service*

550 E. Carson Plaza Dr. Ste. #109 , Carson CA. 90746
Fax: (310) 217-9407    Email : brenda@marmorgan.com
*FEZ #: (310)- 217-9000*

## Independent Contractor's Invoice
### Client's Time Sheet

Your Name: Marjorie Arevalo    Telephone #: (424) 314-4190

Your Address: 338 W. 225 7h St. Carson, CA. 90745

**For services provided to:**

Client's name: Margaret Stark    Telephone #: (424) 634-4170

Client's Address: 4001 W. 142 Th. St. Lawndale, CA. 90260

For the week ending: 4/12/2020

| Date | Service Provided | Time In | Time Out | Days or hours worked | Cost per Hour or day | Extension |
|---|---|---|---|---|---|---|
| Monday | ☐ live-in ☐ live-out | ☐ AM ☐ PM | ☐ AM ☐ PM | | | |
| 4/7/20 Tuesday | ☐ live-in ☑ live-out | 10:00 ☑AM ☐PM | 3:00 ☐AM ☑PM | 5 Hrs. | $17/Hr | |
| 4/8/20 Wednesday | ☐ live-in ☑ live-out | 9:00 ☑AM ☐PM | 3:00 ☐AM ☑PM | 4 Hrs. | $17/Hr | |
| Thursday | ☐ live-in ☐ live-out | ☐ AM ☐ PM | ☐ AM ☐ PM | | | |
| 4/10/20 Friday | ☐ live-in ☑ live-out | 9:00 ☑AM ☐PM | 3:00 ☐AM ☑PM | 6 Hrs. | $17/Hr | |
| Saturday | ☐ live-in ☐ live-out | ☐ AM ☐ PM | ☐ AM ☐ PM | | | |
| Sunday | ☐ live-in ☐ live-out | ☐ AM ☐ PM | ☐ AM ☐ PM | | | |

Above data or hours are Approved by:     4/7/2020 ✓     By signing below you certify above
                                          4/8/2020 ✓     information is correct
                                          4/10/2020

_____                                    _____
Client's Signature                                          Personal attendant
     Cathryn Stark
                     Cathryn Stark    Dated

Both client and companion/Personal Attendant IC understand that neither can enter into a direct hire
agreement without the consent of the company. Such consent will not be withheld once the client & personal
Attendant pays the company's fee of $10,000 each. CLIENT : Please read the company's service agreement
already mailed to you for further details.

MAX MORGAN

550 E. Carson Plaza Dr. Ste. #109 , Carson CA. 90746
Fax: (310) 217-9407    Email : brenda@maxmorgan.com
cell #: (310) 217-9000
**Independent Contractor's Invoice**
– staff's Time sheet –

Your Name: Marjorie Arevalo  Telephone #: (424) 364-4190

Your Address: 332 W. 235 Th St. Carson, CA. 90745

Your services Endorsed For:

Client's name: Margaret Stark   Telephone #: (424) 230-4172

Client's Address: 4100 W. 148 Th St. Lawndale CA. 90260

For the week ending: 4/5/2020

| Date | Service Provided | Time In | Time Out | Days or hours worked | Cost per Hour or day | Extension |
|---|---|---|---|---|---|---|
| Monday | ☐ live-in ☐ live-out | ☐ A.M. ☐ P.M. | ☐ A.M. ☐ P.M. | | | |
| 3/31/20 Tuesday | ☐ live-in ☑ live-out | 10:00 ☑ A.M. ☐ P.M. | 2:00 ☐ A.M. ☑ P.M. | 4 Hrs | $17/Hr. | |
| 4/1/20 Wednesday | ☑ live-in ☐ live-out | 9:00 ☑ A.M. ☐ P.M. | 3:00 ☐ A.M. ☑ P.M. | 6 Hrs. | $17/Hr. | |
| Thursday | ☐ live-in ☐ live-out | ☐ A.M. ☐ P.M. | ☐ A.M. ☐ P.M. | | | |
| 4/3/20 Friday | ☐ live-in ☑ live-out | 9:00 ☑ A.M. ☐ P.M. | 3:00 ☐ A.M. ☑ P.M. | 6 Hrs | $17/Hr. | |
| Saturday | ☐ live-in ☐ live-out | ☐ A.M. ☐ P.M. | ☐ A.M. ☐ P.M. | | | |
| Sunday | ☐ live-in ☐ live-out | ☐ A.M. ☐ P.M. | ☐ A.M. ☐ P.M. | | | |

Above Days or Hours are Approved by:          3/31/2020 \          You authorize, declare you certify above
4/1/2020 \          information as correct?
4/3/2020

_Cathryn Stark_          _signature_
Client's Signature          Dates          Per/Day Attendant
daughter          Cathryn Stark

Both client and companion/Personal Attendant IC understand that neither can enter into a direct hire agreement without the consent of the company. Such consent will not be withheld once the client & personal Attendant pays the company's fee of $30,000 each. CLIENT : Please read the company's service agreement already mailed to you for further details.



**MAXMORGAN**
*Quality and Customized Service*

550 E. Carson Plaza Dr. Ste. #109 , Carson CA. 90746

Fax: (310) 217-9407   Email : brenda@maxmorgan.com

*TEL #: C310)-217-9000*

## Independent Contractor's Invoice

### Client's Time sheet

Your Name: Marjorie Arevalo    Telephone #: (424) 864-1190

Your Address: 338 W. 235 th St. Carson, CA. 90745

**For services provided to:**

Client's name: Margaret Stark    Telephone #: (424) 039-4172

Client's Address: 4621 W. 148 th St. Lawndale, CA 90260

For the week ending: 3/29/2020

| Date | Service Provided | Time In | Time Out | Days or hours worked | Cost per Hour or day | Extension |
|------|------------------|---------|----------|---------------------|---------------------|-----------|
| Monday | ☐ live-in ☐ live-out | ☐ AM ☐ PM | ☐ AM ☐ PM | | | |
| 3/24/20 Tuesday | ☐ live-in ☑ live-out | 10:00 ☑ AM ☐ PM | 2:00 ☐ AM ☑ PM | 4 Hrs. | $17/Hr. | |
| 3/25/20 Wednesday | ☐ live-in ☑ live-out | 9:00 ☑ AM ☐ PM | 3:03 ☐ AM ☑ PM | 6 Hrs. 3 Mins. | $17/Hr. | |
| Thursday | ☐ live-in ☐ live-out | ☐ AM ☐ PM | ☐ AM ☐ PM | | | |
| 3/27/20 Friday | ☐ live-in ☑ live-out | 9:00 ☑ AM ☐ PM | 3:00 ☐ AM ☑ PM | 6 Hrs | $17/Hr | |
| Saturday | ☐ live-in ☐ live-out | ☐ AM ☐ PM | ☐ AM ☐ PM | | | |
| Sunday | ☐ live-in ☐ live-out | ☐ AM ☐ PM | ☐ AM ☐ PM | | | |

Above days or hours are Approved by:    3/24/2020 &
3/25/2020 &
3/27/2020

By signing below you certify above information is correct:

Client's Signature    Cathryn Stark    Dated

Personal attendant

Both client and companion/Personal Attendant IC understand that neither can enter into a direct hire agreement without the consent of the company. Such consent will not be withheld once the client & personal Attendant pays the company's fee of $10,000 each. CLIENT : Please read the company's service agreement already mailed to you for further details.

UI CENTER SACRAMENTO
PO BOX 419091
RANCHO CORDOVA CA 95741-9091


**EDD**
**Employment**
**Development**
**Department**
State of California

Mail Date: **04/15/2020**
SSN: **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**
Claimant Phone #: **(310) 971-7694**

JEROME B AREVALO
338 W 235TH ST
CARSON CA 90745-5113

EDD TELEPHONE NUMBERS:
English          1-800-300-5616
Spanish         1-800-326-8937
Cantonese    1-800-547-3506
Mandarin      1-866-303-0706
Vietnamese   1-800-547-2058
TTY (non-voice)  1-800-815-9387
website:          **www.edd.ca.gov**

## NOTICE OF UNEMPLOYMENT INSURANCE CLAIM FILED

You filed a claim for Unemployment Insurance (UI) benefits effective **04/05/2020**. When you filed your claim you stated:

1.   Your last employer was:  **PRO REGAL CARE, INC.**
     **1611 CRENSHAW BLVD. #191**
     **TORRANCE, CA 90501**

2.   The last day you worked for that employer was **01/23/2020.**

3.   The reason you are no longer working for the above employer is:
     **RELATED TO THE CORONAVIRUS (COVID-19)**

4.   You are not receiving a pension or other income that may be deductible from your UI benefits.

5.   You are able and available to accept full-time work.

6.   You have the legal right to work in the United States.

Please review the above information carefully. No action is required by you if the information is correct. The EDD considers this information correct unless you report other information within 10 (ten) days from the mailing date of this notice. Any response after 10 days may result in delay of benefits. To report other information, you may call the EDD or mail your response to the EDD address above. Remember to include your name and Social Security number in all correspondence with the EDD.

Although federal and state laws prohibit the revealing of information about your employment and your UI claim to your spouse, relatives, friends, non-interested parties, and private interest groups, federal legislation requires that such information be made available to state and federal welfare, medical assistance, CalFresh (formerly food stamps), housing, and child support enforcement agencies. Confidentiality is the responsibility of agencies using the information.

You have the option of cancelling a regular California UI claim (refer to your Notice of Unemployment Award for the cancellation requirements). If you do decide you want to cancel your claim, **do not certify for benefits** because once you are paid benefits, the law does not allow you to cancel your claim.

Benefit payments are issued to the EDD Debit Card^SM. You should refer to your Guide to Benefits and Employment Services handbook for information about the EDD Debit Card^SM. If you were previously issued a card and need a replacement, you must contact Bank of America EDD Debit Card Customer Service toll-free at 1-866-692-9374.

DE 1101CLMT Rev. 6 (3-13)                                                                                      CU

UI CENTER SACRAMENTO
PO BOX 419091
RANCHO CORDOVA CA  95741-9091

**EDD**  Employment
Development
Department
State of California

Mail Date: **04/15/2020**

SSN: **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**

JEROME B AREVALO
338 W 235TH ST
CARSON CA  90745-5113

EDD Phone Numbers:
English          1-800-300-5616
Spanish          1-800-326-8937
Cantonese        1-800-547-3506
Mandarin         1-866-303-0706
Vietnamese       1-800-547-2058
TTY (nonvoice)   1-800-815-9387
website:         **www.edd.ca.gov**

### NOTICE OF UNEMPLOYMENT INSURANCE AWARD

1.  Claim Beginning Date:                04/05/2020     **2.** Claim Ending Date:                04/03/2021
3.  Maximum Benefit Amount:              $1,636.00      **4.** Weekly Benefit Amount:               $126
5.  Total Wages:                         $3,270.18      **6.** Highest Quarter Earnings:          $3,270.18
7.  This item does not apply to your claim. For more information, see item 7 on the reverse.
8.  **You must look for full time work each week.** For more information, refer to the handbook, *A Guide to Benefits and Employment Services*, DE 1275A, available online at www.edd.ca.gov/forms/.
9.  This item does not apply to your claim.
10. This Claim Award is calculated based on the Standard Base Period.

| 11. Employee Name: | 12. Employee Wages for the Quarter Ending: | | | | 13. Employer Name: |
|---|---|---|---|---|---|
| | **MAR 19** | **JUN 19** | **SEP 19** | **DEC 19** | |
| J AREVAL | $ 2,635.38 | $ 0.00 | $ 0.00 | $ 0.00 | SAFEGUARD |
| J AREVAL | $ 634.80 | $ 0.00 | $ 0.00 | $ 0.00 | MEDLINK ME |
| **14. TOTALS:** | $ 3,270.18 | $ 0.00 | $ 0.00 | $ 0.00 | |

DE 429Z Rev. 9 (9-15)                    **Important Information On Next Page**                    CU

June 12, 2018

1) Front Door and Room key received _✓_

2) 60 days notice to move out _W_

3) End of the month bathroom cleaning _W_

4) Free wifi, gas and electric _W_

5) Only room and shared bathroom _✓_

6) Emergency Contact _W    REY_ phone # 310-528-9245

7) Copy of any Identification _✓_

8) No sleepover (no exceptions) _W_

9) Payment is due every 11th of the month starting July 11, 2018. _W_

10)      Deposit of $50.00 will be return if no damages upon moving out. _W_


I _WILLIAM JAVIER_ paid $100 on June 9, 2018 to hold the room non-refundable until June 11, 2018 at 338 w. 235th st. Carson Ca. 90745 and will pay the balance of $950 to move in on June 11, 2018 that includes first/ last month and the $50 deposit. Last month payment must be used non-refundable.


I _WILLIAM JAVIER_ will be living with my friend Jerome Arevalo and Marjorie Arevalo at mentioned property temporarily. Any damages upon moving out will be deducted on my deposit and if more will be my own expense. I will also give a 60 days notice before moving out.

※ 500 every Month


_Javier_    6/12/18      _Jerome J. A___ 6-12-18
JAVIER   WILLIAM           JEROME AREVALO


_____      _____

※ 06-11-19   Added $60 on Monthly Rent

1) Front Door and Room key received _*CB.*_

2) 60 days notice to move out _*CB*_.

3) _30_ th of the month bathroom cleaning _*CB.*_

4) Free wifi, gas and electric _*CB*_.

5) Only room and shared bathroom _*CB*_

6) Emergency Contact _DONNA N. SUAVILLO_ phone # _(310) 483 - 8097_

7) Copy of any Identification with picture _CB_.

8) No sleepover (no exceptions) _CB_.

9) Payment is due every _15_ th of the month starting _March 15_, 2019. _CB._

10)   Deposit of $_375_.00 will be return if no damages upon moving out. _CB_

*$ 750 every month*

I _Carmelita Bautista_ paid $____ on ____, 2019 to hold the room non-refundable until ____, 2019 at 338 w. 235th st. Carson Ca. 90745 and will pay the balance of $_1125_ to move in on

_March 15_ ____, 2019 for the first month and deposit. The deposit must be used toward the last month of stayed if no damages are made at the mentioned property.


I _Carmelita Bautista & Dom Feliciano_ will be living with my friend Jerome Arevalo and Marjorie Arevalo at mentioned property temporarily. Any damages upon moving out will be deducted from my deposit and if more will be my own expense. I will also give a 60 days notice before moving out.

| | |
|---|---|
| NOTICE DATE: | April 01, 2020 |
| CASE NAME: | MARJORIE B AREVALO |
| CASE NUMBER: | B0N8V63 |
| **WORKER NAME:** | Maria G Munoz |
| **WORKER ID:** | 19DP266317 |
| TELEPHONE NUMBER: | (562) 398-5416 |
| **CUSTOMER ID:** | 1850590363 |

# CALFRESH NOTICE OF APPROVAL

MARJORIE AREVALO
338 W 235TH ST
CARSON, CA 90745-5113

Questions? Ask your worker.

Effective 03/03/2020, the County has approved your CalFresh. Your certification period covers from 03/03/2020 through 02/28/2021. For your application month 03/2020 you will get: $248.00 for 4 person(s).

This is a prorated amount from the date you filed your application. After that you will get $314.00 for 04/01/2020 for the following individual(s):

MARJORIE AREVALO
DANIEL  JACOB PALUMPON AREVALO
JEROME B AREVALO
KATELYN P AREVALO

For CalFresh, your family size is 4. Your IRT is $2,790.00.

IF YOU ALSO APPLIED FOR CASH AID, and it has not yet been approved, your CalFresh benefits may be lowered or stopped without another notice if your cash aid is approved.

You still must fill out and send in your complete Semi-Annual Report (SAR7) or your CalFresh certification will stop, even though your benefits are zero.

Remember to report dependent care cost each month and shelter and medical cost each month they change.

Your CalFresh benefits will be available through Electronic Benefit Transfer- EBT on the 3rd of each

**Rules:** These rules apply; you may review them at your local welfare office: 63-300, 63-503

**State Hearing:** If you think this action is wrong, you can ask for a hearing. The back page tells you how. Your benefits may not be changed if you ask for a hearing before this action takes place.

CalFresh Budget

Report Month   03/2020 _____

Household Size   4 _____

| | |
|---|---|
| Total Countable Earned Income | $2,514.56 |
| Adjusted Countable Earned Income | $2,011.65 |
| Total Countable Unearned Income | $0.00 |
| Net Countable Income | $2,011.65 |
| | |
| Standard Deduction | $178.00 |
| Dependent Care | $0.00 |
| Homeless Shelter Deduction | $0.00 |
| Excess Medical Expense for Aged/Disabled | $0.00 |
| Total Deductions | $178.00 |
| | |
| Preliminary Adjusted Income | $1,833.65 |
| Housing Expenses | $916.82 |
| Utility Expenses | $432.00 |
| Adjusted Net Income | $1,265.00 |
| | |
| CalFresh Allotment | $248.00 |
| Less Overissuance | -$0.00 |
| Total CalFresh Allotment | =$248.00 |

CF 377.1 (2/13)



| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nancy Curry, Chapter 13 Trustee<br>Masako Okuda (SBN 247925)<br>1000 Wilshire Boulevard, Suite 870<br>Los Angeles, CA 90017<br>TEL: (213) 689-3014<br>FAX: (213) 689-3055<br><br><br><br><br>Chapter 13 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br><br>MARJORIE PALUMPON AREVALO,<br><br><br><br><br>Debtor(s). | CASE NO.: 2:18-bk-14159-VZ<br>CHAPTER: 13<br><br>**TRUSTEE'S COMMENTS OR OBJECTION**<br><br>[No Hearing Required] |
|---|---|

**TRUSTEE'S COMMENTS ON OR OBJECTION TO:**

☒ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☐ **OTHER:** _____
_____

The undersigned Chapter 13 trustee, having reviewed Debtor's motion filed on _05/06/2020_ as docket entry number _61____, recommends:

☐ APPROVAL

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

☒ APPROVAL on the following conditions:

The plan payment has to be $1,880/mo for June 2020 - July 2023 to pay 100% of allowed unsecured claims.

☐ See attached sheet.

☐ DISAPPROVAL for the following reasons:

☐ See attached sheet.

☐ Set for hearing.

Date:  05/07/2020

/s/ Masako Okuda,    Attorney for Nancy Curry
Chapter 13 trustee

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                     Page 2        F 3015-1.13.TRUSTEE.COMMENT.GENRL

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1000 WILSHIRE BLVD, SUITE 870
LOS ANGELES, CA 90017

A true and correct copy of the foregoing document entitled: **TRUSTEE'S COMMENTS OR OBJECTION:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/07/2020___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jenelle C Arnold    ecfcacb@aldridgepite.com, jarnold@ecf.courtdrive.com Scott Kosner    tyson@tysonfirm.com
Katie M Parker   ecfcacb@aldridgepite.com, KParker@ecf.courtdrive.com Valerie Smith  claims@recoverycorp.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Gilbert R Yabes    ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 05/07/2020___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor - Marjorie Palumpon Arevalo
338 West 235th Street
Carson, CA 90745

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  05/07/2020___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
Bin outside of Suite 1360
255 E. Temple St, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/07/2020 | Carlos Robles | /s/ Carlos Robles |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Scott Kosner, SBN 172379<br>LAW OFFICE OF TYSON TAKEUCHI<br>1055 Wilshire Boulevard, Suite 850<br>Los Angeles, CA 90017<br>Tel 213.637.1566<br>Fax 888.977.6310<br>tyson@tysonfirm.com<br>scottk@tysonfirm.com | |

☐ *Debtor(s) appearing without an attorney*
☒ *Attorney for:* Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Marjorie Palumpon Arevalo | CASE NO.: 2:18-bk-14159-VZ<br>CHAPTER: 13 |
|---|---|
| | **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]** |
| Debtor(s). | [No hearing unless requested in writing] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) Law offices of Tyson Takeuchi, Scott Kosner, Sbn 172379 ,
   filed a motion or application (Motion) entitled _____
   Motion under Local Bankruptcy Rule 3015-1 (n) and (w) to modify plan or suspend plan payments .

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion. (*Check appropriate box below*):
   ☐ The full Motion is attached to this notice; or
   ☒ The full Motion was filed with the court as docket entry # 61 , and a detailed description of the relief sought is attached to this notice.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

a.  If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b.  If you fail to comply with this deadline:

    (1)  Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

    (2)  Movant will lodge an order that the court may use to grant the Motion; and

    (3)  The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: 06/29/2020

_____
Signature of Movant or attorney for Movant

Scott Konser
_____
Printed name of Movant or attorney for Movant

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION [LBR 9013-1(o)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 06/29/2020   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 06/29/2020 | Armen Galstian | |
| *Date* | *Printed Name* | *Signature* |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Label Matrix for local noticing
0973-2
Case 2:18-bk-14159-VZ
Central District of California
Los Angeles
Fri Jun 26 15:39:46 PDT 2020

U.S. Bank National Association, not in its i
Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Rushmore Loan Management Services
PO Box 55004
Irvine, CA 92619-5004

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Trustee Corps
17100 Gillette Avenue
Irvine, CA 92614-5603

U.S. Bank National Association
CO Rushmore Loan Management Services
P.O. Box 55004
Irvine CA 92619-5004

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Marjorie Palumpon Arevalo
338 West 235th Street
Carson, CA 90745-5113

Nancy K Curry (TR)
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017-2466

Scott Kosner
Law Office of Tyson Takeuchi
1055 Wilshire Blvd
Suite 850
Los Angeles, CA 90017-2467

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
c/o Capital One Bank, N.A.
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix
Mailable recipients    11
Bypassed recipients    1
Total    12